18 So.2d 881

**Zebudee JUDY v. STATE.**

8 Div. 863.

Court of Appeals of Alabama.
May 16, 1944.

Wm. N. McQueen, Acting Atty. Gen.,
for the State.

RICE, Judge.
Appeal dismissed.

17 So.2d 186

**Johnnie JULIAN, Jr. v. STATE.**

6 Div. 22.

Court of Appeals of Alabama.
Jan. 11, 1944.

Wm. N. McQueen, Acting Atty. Gen.,
for the State.

BRICKEN, Presiding Judge.
Affirmed.

17 So.2d 187

**Arnice KALFAS v. STATE.**

7 Div. 781.

Court of Appeals of Alabama.
Feb. 12, 1944.

Beddow, Ray & Jones, of Birmingham,
for appellant.
Wm. N. McQueen, Acting Atty. Gen.,
for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

19 So.2d 854

**Deaner William KERNS, alias Kearns, v.
STATE.**

1 Div. 500.

Court of Appeals of Alabama.
Aug. 22, 1944.

Wm. N. McQueen, Acting Atty. Gen.,
for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

17 So.2d 187

**Laura KING v. STATE.**

7 Div. 751.

Court of Appeals of Alabama.
Jan. 18, 1944.

Wm. N. McQueen, Acting Atty. Gen.,
for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

6

13 So.2d 899

**Watt KING v. STATE.**

4 Div. 752.

Court of Appeals of Alabama.
April 6, 1943.

Wm. N. McQueen, Acting Atty. Gen.,
for the State.

RICE, Judge.
Appeal dismissed.